JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM N. WASHINGTON, | ) | CASE NO. CV 10-2295-JFW (PJW) |
|---|---|---|
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| GARY SWARTHOUT, WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

    DATED: <u>November 17, 2010</u>.

                                           /s/ John F. Walter
                                           JOHN F. WALTER
                                           UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd